UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HASSAN BIN ATTASH** | ) |
| | ) |
| *Petitioner*, | ) |
| | )     **Civil Action No. 05-1592 (RCL)** |
| v. | ) |
| | ) |
| **BARACK OBAMA, et al.** | ) |
| | ) |
| *Respondents*. | ) |
| | ) |

## ORDER

Presently before the Court is Respondents' Motion for Extension of Time to Produce Discovery. Having considered the parties' briefs, it is hereby

ORDERED that Respondents' Motion for Extension of Time to Produce Discovery is GRANTED in part and DENIED in part. Indefinite extensions of time (with status reports) are not granted by this Court. It is further

ORDERED that Respondents have until August 3, 2009, to produce all of the approximately 230 responsive documents that Respondents have located in the consolidated assemblages of the files of JIG and OARDEC and have already submitted for clearance. Production of these documents shall proceed on a rolling basis. It is further

ORDERED that Respondents shall complete a review of the 2,500 Task Force documents located in the Petitioner-specific subfolder by August 3, 2009. It is further

ORDERED that Respondents have until August 10, 2009, to implement a more robust search capability for the Task Force database. Respondents shall provide Petitioner with status

reports on July 27 and August 3 detailing progress made toward completing this work. It is further

ORDERED that Respondents shall complete targeted searches for responsive Task Force information by August 17, 2009, with all responsive material submitted to the clearance team on that date.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth on July 24, 2009.